

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00065-CR

CODY WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 21F1635-102

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

As a result of his violent encounter with a juvenile he met online, a Bowie County jury convicted Cody Williams of possession of a controlled substance, methamphetamine, in an amount of one gram or more but less than four grams,[1] aggravated kidnapping,[2] unlawful possession of a firearm by a felon,[3] and aggravated robbery.[4] The jury assessed Williams's punishment at four years' imprisonment for possession of a controlled substance, fifty years' imprisonment for aggravated kidnapping, eight years' imprisonment for unlawful possession of a firearm by a felon, and twenty years' imprisonment for aggravated robbery. The trial court imposed the assessed sentences and ordered that they run concurrently.

In this appeal, Williams appeals his conviction for unlawful possession of a firearm by a felon.[5] Williams contends that the trial court erred when it struck a venireperson for cause. Williams raised an identical issue and made a virtually identical argument in the appeal of his possession of a controlled substance conviction. Because this issue is identical to one of the issues addressed in our opinion in cause number 06-23-00063-CR, we overrule this issue for the reasons stated in that opinion.

---

[1]*See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(c) (Supp.).

[2]*See* TEX. PENAL CODE ANN. § 20.04(b).

[3]*See* TEX. PENAL CODE ANN. § 46.04(a)(1) (Supp.).

[4]*See* TEX. PENAL CODE ANN. § 29.03(a)(2).

[5]In our cause numbers 06-23-00063-CR, 06-23-00064-CR, and 06-23-00066-CR, Williams appeals his convictions for possession of a controlled substance, aggravated kidnapping, and aggravated robbery, respectively.

We affirm the trial court's judgment.

Scott E. Stevens
Chief Justice

Date Submitted:     November 14, 2023
Date Decided:       November 27, 2023

Do Not Publish